UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-CR-00004(RHK/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER OF DISMISSAL** |
| v. | ) |
| | ) |
| 3. ERNESTO RESENDIZ CANEDO, | ) |
| 4. GUSTAVO RESENDIZ CANEDO, | ) |
| 5. ALEJANDRO ROQUE, | ) |
| 6. MARIO CANEDO ESCUTIA, | ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Indictment against the above-named defendants is dismissed.

Dated:   January 17, 2012     s/Richard H. Kyle
                              The Honorable Richard H. Kyle
                              UNITED STATES DISTRICT JUDGE